

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SAMUEL M. JACKSON, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) INFOTRACK INFORMATION SERVICES, INC., ) ) Defendant. ) | Case No. 1:11-CV-5801<br><br>Judge Ruben Castillo |

### ORDER

This matter coming to be heard on Defendant's, InfoTrack Information Services, Inc., Rule 60(b)(5) Motion for Relief from Judgment Order dated November 29, 2011; the Court having been presented with a Release in Full Satisfaction of the Judgment Order entered against Defendant on November 29, 2011; and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Defendant's Rule 60(b)(5) Motion for Relief from Judgment Order dated November 29, 2011 is GRANTED.

2. In accordance with Federal Rule of Civil Procedure 60(b)(5), the Judgment Order dated November 29, 2011 heretofore entered by the Court in the above-captioned cause is hereby VACATED and held for naught.

3. The above-captioned cause is hereby DISMISSED WITH PREJUDICE.

Dated: 12/9, /11    ENTERED: _____
                              Judge Ruben Castillo